# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JUN -5 AM 10: 08

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| DAVID DWAYNE CASSADY,<br><br>    Plaintiff,<br><br>v.<br><br>MILTON, *Medical Director*; WARDEN<br>KOON; JACK CARTER, *Mental*<br>*Health Director*; NURSE HESTER;<br>OFFICER YOUMAN; OFFICER<br>WOOTEN; OFFICER REGISTER;<br>and OFFICER CUMMINGS,<br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )     Case No. CV412-008 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ___ day of _____, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA